UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAN OLI,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                    Respondents. | Case No.:  26-cv-2297-RSH-SBC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 10, 2026, petitioner Rashan Oli filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that, although he was previously released on immigration parole, the government re-arrested him on September 30, 2025, without any individualized custody determination, and without notice to him of the reasons for the re-arrest, in violation of his due process rights. *Id.* ¶¶ 22, 23, 25, 32, 39. Petitioner seeks his immediate release, or in the alternative a custody hearing before this Court. *Id.* at 18-19.

On April 20, 2026, Respondents filed a return. Without conceding Petitioner's allegations, Respondents stated that they "do[] not oppose the petition and defer[] to the Court on the appropriate relief." ECF No. 5 at 2.

Accordingly, the Petition is **GRANTED**. Within ***one business day of the date of***

1

*this order*, Respondents shall release petitioner Rashan Oli from immigration custody under the terms of his prior parole notice. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release. The Court declines to grant further injunctive relief, on the grounds that the Petition and exhibits do not establish his entitlement to such relief. To the extent Petitioner seeks to recover attorneys' fees, he must proceed by way of a noticed motion pursuant to the Local Rules of this Court and the undersigned's Pretrial Civil Procedures.

   **IT IS SO ORDERED**.

Dated: April 20, 2026

*Robert S Huie*
_____
Hon. Robert S. Huie
United States District Judge